IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JAY HUSTON EDWARDS<br>    Plaintiff,<br><br>vs.<br><br>MISSISSIPPI DEPARTMENT OF MENTAL HEALTH, by and through its Executive Director, Albert Randel Hendrix; MARK H. YEAGER, in both his Individual and Official Capacity as Director of the Central Mississippi Residential Center; EDWIN C. LEGRAND, III, in both his Individual and Official Capacity as Deputy Executive Director of the Mississippi Department of Mental Health; and<br>ROGER MCMURTRY, in both his Individual and Official Capacity as Bureau Chief, Mississippi Department of Mental Health, Bureau of Mental Health<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § §   CIVIL ACTION NO.3:06-cv-00607-HTW-LRA |

## **JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

This matter having come on to be heard on the joint motion of the Plaintiff and all Defendants herein to dismiss this matter without prejudice, and the Court having heard and considered same, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above referenced matter be and is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED on this the 20th day of November 2006.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

/s/ Joseph E. Lotterhos, MB # 1438

/s/ Harold E. Pizzetta, III, MB #99867